IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| DEANDRE D. CURRINGTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 1:21-CV-550-WHA-SRW |
| | ) | |
| SCOTT SOLTYS, | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

This case is before the Court on a Recommendation of the Magistrate Judge entered on May 5, 2022. Doc. 20. The Magistrate Judge recommended that this case be dismissed without prejudice based on Plaintiff's failure to respond to the Court's order to advise it if he wished to proceed with this action. *Id.* Plaintiff's objections were due by May 20, 2022. *Id.* at 2. Plaintiff has not filed objections to the Recommendation. Accordingly, there being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice. All pending motions are DENIED AS MOOT.

Final Judgment will be entered separately.

Done, this 27th day of May, 2022.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE

1