IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DeANDRE D. CURRINGTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | |
| v. ) | CASE NO. 1:21-CV-550-WKW |
| ) | [WO] |
| OFFICER SCOTT SOLTYS, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Before the court is Plaintiff's *pro se* motion to obtain appointment of counsel. (Doc. # 31.)  Final judgment was entered on May 27, 2022 (Doc. # 22), the time for filing an appeal has expired (Doc. # 32), and Plaintiff has presented no meritorious grounds for reopening the case, *see* Fed. R. Civ. P. 60(b).

In addition, before the court are Plaintiff's motions to amend (Docs. # 35, 36, 37) and his application to proceed *in forma pauperis* (Doc. # 34).  This action was dismissed without prejudice (Doc. # 22), so Plaintiff may refile his lawsuit with the court.  *Semtek Int'l Inc. v. Lockheed Martin Corp.*, 531 U.S. 497, 505–06 (2001).[1] But motions to amend (Docs. # 35, 36, 37) will not be entertained at this stage (*i.e.*,

---

[1] Contrary to Plaintiff's belief (Doc. # 36 at 2; Doc. # 37 at 2), he has not refiled his lawsuit with the court.

when final judgment has been entered). Further, Plaintiff was already granted leave to proceed *in forma pauperis*. (Doc. # 3.)

For these reasons, it is ORDERED that Plaintiff's motion to obtain appointment of counsel (Doc. # 31) is DENIED, that his motions to amend (Docs. # 35, 36, 37) are DENIED, and that his application to proceed *in forma pauperis* (Doc. # 34) is DENIED as moot.

DONE this 22nd day of June, 2023.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE